# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

A. N. P. S.

                Plaintiff,

v.

Case No.: 1:25−cv−14778
Honorable Mary M. Rowland

Angie Salazar

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 22, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: Petitioner's petition for writ of habeas corpus [1] is granted. Enter Order. Within 48 hours of this order, the parties are to identify a time and place at which N.C.S.E. can retrieve Petitioner into her custody. Within 7 days of this order, the parties are to file a joint status report indicating that Petitioner has been released to N.C.S.E.'s custody. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.