## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

A. N. P.S.

                         Plaintiff,

v.                                                    Case No.: 1:25−cv−14778
                                                      Honorable Mary M. Rowland

Angie Salazar

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

     MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. For the reasons stated on the record, Respondents' motion to reconsider [26] is denied as moot. Respondents intend to file a motion for vacatur pursuant to Rule 60(b). Respondents' motion is due by 6/15/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.